THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CARDAIO, Appellant.—

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.